UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. _____

*ELECTRONICALLY FILED*

CHRISTOPHER HARRIS                                                                PLAINTIFF

v.

CERADYNE, INC.                                                                           DEFENDANT

## NOTICE OF REMOVAL

For its Notice of Removal of this action from the Circuit Court for Fayette County, Kentucky to the United States District Court for the Eastern District of Kentucky, Lexington Division, Defendant Ceradyne, Inc. ("Ceradyne") states as follows:

1.  On or about October 15, 2007, Plaintiff Christopher Harris filed a complaint against Ceradyne in the Fayette Circuit Court, which was designated by that Court as Civil Action No. 07-CI-4922. Copies of all process and pleadings filed in that action are attached to this notice in accordance with 28 U.S.C. §1446(a).

2.  Although the Complaint was filed on October 15, 2007, Ceradyne has not yet been served with the Complaint; however, Ceradyne became otherwise aware of the Complaint during the last 30 days.

3.  Based upon the averments in the Complaint, the plaintiff is now and was at the commencement of this action either a citizen of the Commonwealth of Pennsylvania or a citizen of the Commonwealth of Kentucky.

4. The defendant is now and was at the filing of the Complaint a corporation organized in the State of Delaware and having its principal place of business in the State of California.

5. The plaintiff's action against Ceradyne is one over which this Court would have original jurisdiction pursuant to 28 U.S.C. §1332(a)(1), as this is an action between citizens of different states. And as Ceradyne is not a citizen of Kentucky, this is an action that may be removed to this Court under the provisions of 28 U.S.C. §1441.

6. The plaintiff alleges that Ceradyne discriminated against him on the bases of disability and race, and that he suffered great mental and physical anguish and was humiliated and embarrassed. He requests back pay, lost benefits, compensatory damages, and punitive damages. Thus, while no specific dollar demand is contained in the plaintiff's complaint, Ceradyne believes that the plaintiff seeks damages in excess of $75,000, exclusive of interest and costs.

7. A copy of this Notice of Removal has been filed with the Clerk of the Fayette Circuit Court and served upon opposing counsel in accordance with 28 U.S.C. §1446(d).

8. This Notice of Removal was filed in this Court within thirty days after receipt by Ceradyne of a copy of the Complaint.

Respectfully submitted,

/s/ Keith Moorman
Keith Moorman
LeAnders L. Jones
FROST BROWN TODD LLC
250 West Main Street
2700 Lexington Financial Center
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011
COUNSEL FOR CERADYNE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

H. Wayne Roberts, Esq.
333 W Vine St.
Ste. 1640
Lexington, KY 40507


/s/ Keith Moorman
(kmoorman@fbtlaw.com)
FROST BROWN TODD LLC


LEXLibrary 355089v.1

3