UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 08-CV-26-KSF

*ELECTRONICALLY FILED*

CHRISTOPHER HARRIS                                                                    PLAINTIFF

v.

CERADYNE, INC.                                                                        DEFENDANT

### ORDER OF DISMISSAL

By tendering this order to the Court for entry, the parties, through their undersigned counsel, represent to the Court that they have reached a compromise of the claims asserted in this action, and therefore desire that this action be dismissed with prejudice. Based upon this representation, and the record as a whole, and with the agreement of the parties,

IT IS ORDERED:

1. This action, and all claims which Harris did assert or could have asserted in this action, are hereby DISMISSED, with prejudice;

2. All parties shall be responsible for their own costs; and

3. This is a final and appealable order and there is no just reason for delay.

Have Seen and Agreed to Entry:


/s/ H. Wayne Roberts by Keith Moorman
         (w/ permission)
H. Wayne Roberts
333 W Vine St., Ste. 1640
Lexington, KY 40507
859/225-0062
859/225-0763 (fax)
hwayneroberts@msn.com
*Counsel for Harris*


/s/ Keith Moorman
Keith Moorman
Frost Brown Todd LLC
250 W. Main Street, Suite 2800
Lexington, KY  40507
859/231-0000
859/231-0011 (fax)
kmoorman@fbtlaw.com
*Counsel for Ceradyne*